## The People ex rel. Taylor v. E. D. Tripp.

*Replevin: Judgment by discontinuance: Assessment of defendants' damages.* When judgment of discontinuance, in replevin, is rendered by a justice against plaintiff, if defendant waive a return of the property, he is entitled to have his damages assessed.

*Heard and decided July 9th.*

Motion for mandamus.

Taylor was defendant in a replevin suit before Tripp, who was a justice of the peace in Clinton County. The writ of replevin was not served a sufficient time before the return day, and the justice declined to proceed.

The defendant thereupon waived a return of the replevined property, and asked the justice to proceed to assess its value, which he declined to do.

*R. Strickland*, for the motion.

*H. Walbridge*, contra.

PER CURIAM.

Where a plaintiff in replevin, before a justice of the peace, has judgment of discontinuance rendered against him by the justice, it is the duty of the justice to proceed and assess damages in favor of defendant, when he waives a return; and if the justice refuses to do this, a writ of mandamus will be allowed, to compel him to do so.

Mandamus issued.

---

## The People ex rel. Mead v. Commissioners of Highways.

*Costs where plaintiff in motion makes default.* The party appearing to resist a motion where the moving party makes default, is entitled to the costs of the motion.

*Heard and decided July 10th.*